**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MOBILE TRANSFORMATION LLC, : <br> : <br> Plaintiff, : <br> : <br> v.  : <br> : <br> TNA ENTERTAINMENT LLC : <br> : <br> Defendant. : <br> : | Civil Case No. 1:12-cv-00249(GMS) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Mobile Transformation LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Mobile Transformation LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated:  April 23, 2012            STAMOULIS & WEINBLATT LLC

                                                    */s/ Stamatios Stamoulis*
                                                    Stamatios Stamoulis #4606
                                                         stamoulis@swdelaw.com
                                                    Richard C. Weinblatt #5080
                                                         weinblatt@swdelaw.com
                                                    Two Fox Point Centre
                                                    6 Denny Road, Suite 307
                                                    Wilmington, DE 19809
                                                    Telephone:  (302) 999-1540

                                                    *Counsel for Plaintiff*
                                                    *Mobile Transformation LLC*